IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-35m-MPT |
| Miyoshi U. Hope-Fogg, | : |
| Defendant. | : |

INFORMATION

The United States Attorney for the District of Delaware charges that:

COUNT 1

On or about the 3rd day of March, 2005, in the State and District of Delaware, the defendant, Miyoshi U. Hope-Fogg, within and upon the Veterans Administration Hospital, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did assault Michelle L. Winchester, by striking, beating, and wounding her, in violation of 18 U.S.C. § 113(a)(4).

COUNT 2

On or about the 3rd day of March, 2005, in the State and District of Delaware, the defendant, Miyoshi U. Hope-Fogg, within and upon the Veterans Administration Hospital, on land acquired for the use of the United States and under the exclusive jurisdiction

thereof, did assault Michelle L. Winchester, in violation of 18 U.S.C. § 113(a)(5).

>
> COLM F. CONNOLLY
> United States Attorney
>
> BY: _____
> Shannon Thee Hanson
> Assistant United States Attorney

Dated: March 9, 2005



2